IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DOLETHA TINSLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. 89-0023-CV-W-1 |
| v. | ) |
| HOUSING AUTHORITY OF | ) |
| KANSAS CITY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the United States Department of Housing and Urban Development, a Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's order entered under seal in this action on the fourteenth day of July, 2008, and designated by the docket number 438.

    Respectfully submitted,

    John F. Wood
    United States Attorney

By: */s/ Charles M. Thomas*

    Charles M. Thomas, Mo. Bar No. 28522
    Assistant United States Attorney
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Room 5510
    Kansas City, Missouri  64106
    Telephone:  (816) 426-3130
    Facsimile:  (816) 426-3165
    charles.thomas@usdoj.gov
    ATTORNEYS FOR UNITED STATES
    DEPARTMENT OF HOUSING &
    URBAN DEVELOPMENT

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following. Copies hereof and its attachments were also e-mailed this date to:

>Julie E. Levin
>Legal Aid of Western Missouri
>1125 Grand Boulevard, Suite 1900
>Kansas City, MO 64106
>Attorney for Plaintiff
>
>and
>
>Edwin T. Lowndes
>Housing Authority of Kansas City, Missouri
>301 East Armour Blvd., Suite 200
>Kansas City, Missouri 64111
>Attorney for TAG Associates of Kansas City, Inc.

>*/s/ Charles M. Thomas*
>Charles M. Thomas
>Assistant United States Attorney