# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-3394

Doletha Tinsley, et al.,

Appellees

v.

Housing Authority of Kansas City and U.S. Department of Housing and Urban Development,

Appellants

------------------------------

TAG Associates of Kansas City, Inc., Special Master,

Interested Party

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:89-cv-00023-DW)
_____

**ORDER**

The parties' joint motion for a remand is granted, and the case is hereby remanded to the United States District Court for the Western District of Missouri for the limited purpose of allowing the parties to file a joint motion to vacate the District Court's July 14, 2008 order. If the motion is granted, appellant should dismiss this case within fifteen days of the entry of the order vacating the July 14, 2008 order.

March 06, 2009

A true copy.

ATTEST:
CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____
        /s/ Michael E. Gans  Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans