# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| DOLETHA TINSLEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HOUSING AUTHORITY OF KANSAS CITY, ) <br> MISSOURI, et al., ) <br> ) <br> Defendants. ) | No. 89-0023-CV-W-DW |

**ORDER**

Upon the joint motion of all parties and for good cause shown, it is hereby ORDERED that:

1) The parties' Joint Motion to Vacate Order (Doc. 446) is GRANTED.

2) The Court's Order of July 14, 2008 is hereby VACATED, however, the vacated Order and its attachment shall remain under seal.


Date:   April 13, 2009                                  /s/ Dean Whipple
                                                          Dean Whipple
                                                    United States District Judge