UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 08-3394
_____

Doletha Tinsley; Corine Batts; Bertha Doss; Lorine Dawkins; Mary Vann; Linda Robinson; Public Housing Resident Council; Theron B. Watkins Tenant Association,

Plaintiffs - Appellees

v.

Housing Authority of Kansas City; U.S. Department of Housing and Urban Development,

Defendants - Appellants

------------------------------

TAG Associates of Kansas City, Inc., Special Master

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:89-cv-00023-DW)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 17, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans