IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DOLETHA TINSLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 89-0023-CV-W-DW |
| | ) | |
| v. | ) | |
| | ) | |
| HOUSING AUTHORITY OF KANSAS CITY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Pursuant to the Court's Orders dated May 1, 2013, and April 28, 2014, this case is hereby DISMISSED in its entirety. See Docs. 457, 464. The Clerk of Court shall mark this case as closed.

IT IS SO ORDERED.


Date: May 1, 2015 _____/s/ Dean Whipple___
Dean Whipple
United States District Judge